## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>                Plaintiff,<br><br>    vs.<br><br>O. J.'S CAFE, INC.,<br><br>                Defendant. | 8:17CV239<br><br>AMENDED JUDGMENT |

In accordance with the accompanying Amended Findings of Fact and Conclusions of Law,

IT IS ORDERED:

Plaintiff Zach Hillesheim's claims against O.J.'s Cafe, Inc. are dismissed, without prejudice.

Dated this 18th day of June 2019.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              Senior United States District Judge